**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ERIC SAMBERG,

   Plaintiff,

v.                                                                Case No: 8:12-cv-2162-T-30AEP

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON,

   Defendant.
_____

ORDER

The Court has been advised via Plaintiff's counsel William Demas that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 7th day of August, 2013.

                                                    /s/ James S. Moody, Jr.
                                                    JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record                         F:\Docs\2012\12-cv-2162 dismissal.docx